IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT WILLIAM TUNSTALL, JR.,

     Plaintiff,                    No. 2:13-cv-0699 MCE EFB P

     vs.

T. VIRGA, et al.,

     Defendants.             <u>ORDER</u>

                                 /

     Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On April 16, 2013, the court found that plaintiff had failed to submit the trust account statement in support of his application to proceed in forma pauperis, as required by 28 U.S.C. § 1915(a)(2). Plaintiff was granted 30 days to file the required trust account statement and warned that failure to comply would result in this action being dismissed. On April 29, 2013, plaintiff requested court assistance in obtaining the required trust account statement. Dckt. No. 7. Plaintiff's request for court assistance must be denied as unnecessary, because the exhibits to plaintiff's request include an April 16, 2013 statement from a prison official, informing plaintiff that his statement "would be forwarded to litigation." *Id.* Ex. A. The time for acting has passed and plaintiff has not filed the required trust account statement.

////

However, the court notes that plaintiff was transferred to a new prison on or around May 7, 2013, which may have contributed to the delay in obtaining and filing the required trust account statement. Dckt. No. 11. Accordingly, the court will grant plaintiff a 21-day extension of time to file the required trust account statement.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's motion for a court order (Dckt. No. 7) is denied; and

2. Plaintiff has 21 days from the date this order is served to submit the required trust account statement. Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: May 21, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE